**No. 09-10497. Kerry Perez, Petitioner v. Ohio.**

561 U.S. 1031, 130 S. Ct. 3516, 177 L. Ed. 2d 1101, 2010 U.S. LEXIS 5330.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 124 Ohio St. 3d 122, 920 N.E.2d 104.